IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Keith Saxton

    Plaintiff,

v.

Artiflex Manufacturing, LLC

    Defendant.

Case No. 3:23-cv-2075

Judge Jeffrey Helmick

**STIPULATED DISMISSAL**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Keith Saxton and Defendant Artiflex Manufacturing, LLC, by and through undersigned counsel, hereby stipulate to the dismissal of all claims in this case with prejudice, with each Party bearing their own attorneys' fees and costs.

AGREED:

*/s/ Robert B. Kapitan*
Robert B. Kapitan (0074327)
Anthony J. Lazzaro (0077962)
Lazzaro Law Firm, LLC
The Heritage Bldg., Suite 250
34555 Chagrin Blvd.
Moreland Hills, Ohio 44022

*Counsel for Plaintiff*
Date:  August 27, 2024

*/s/ Christopher Carney*
Christopher Carney, Esq.
Brouse McDowell
600 Superior Avenue, East, Suite 1600
Cleveland, Ohio 44114
ccarney@brouse.com

*Counsel for Defendant*
Date:  August 27, 2024


So Ordered.

s/ Jeffrey J. Helmick
United States District Judge